

180 MAIDEN LANE, 6th FLOOR, NEW YORK, NY 10038
info@spi-pc.com | T: (646) 787-9880 | F: (646) 787-9886

**SAM P. ISRAEL**
FOUNDER & MANAGING PARTNER

Eleonora Zlotnikova
Timothy Foster
Timothy Savitsky
David Hrovat
*Associates*

**BY: ECF**
Honorable Edgardo Ramos
Thurgood Marshal U.S. Courthouse
40 Foley Square
New York, NY 10007

August 1, 2019

Re:   *H.Daya Int'l Co., Ltd. v. Arazi, et al.*, **No. 16-cv-9880 (ER)**

Dear Judge Ramos:

We write as counsel for the plaintiff/judgment-creditor, H.Daya International Company, Ltd., concerning the letter of Morris Fateha, Esq. dated July 31, 2019, which purports to request an adjournment of the pre-motion conference scheduled for 12:00 p.m. on August 2, 2019, until 2:30 p.m. that same day. Although we were not contacted by Mr. Fateha regarding this request and believe that it fails to comport with Your Honor's rules, we nevertheless note our availability at 2:30 p.m. if the Court is inclined to grant the adjournment.

Respectfully submitted:

**Sam P. Israel, P.C.**

By: /s/ Sam Israel
Sam Israel (SPI0270)

cc:   Morris Fateha